UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NANCY J. POPE,

           Plaintiff,

-vs-                                      Case No.  5:04-cv-508-Oc-10GRJ

MONROE REGIONAL MEDICAL CENTER,

           Defendant.
_____

## O R D E R

The United States Magistrate Judge has issued a Report (Doc. 6) recommending that Defendant's Motion to Compel Arbitration and Stay Judicial Proceedings (Doc. 5) be GRANTED.  Defendant seeks to compel arbitration based on the terms of a Dispute Resolution Process entered into between Defendant and Plaintiff, a former employee of Defendant.  The Dispute Resolution Process states, in relevant part, that all employment-related claims shall be resolved through this Process, and that Defendant would seek dismissal of any lawsuits filed by a current or former employee, and request referral to the Dispute Resolution Process.

The Magistrate Judge further recommends that, rather than staying these proceedings pending completion of arbitration, this case should be administratively closed, with the right of Plaintiff to reopen in the event Plaintiff seeks to enforce any arbitration award. There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objection has elapsed.

Upon an independent examination of the file and upon due consideration, it is adjudged that:

(1) the Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed and made a part hereof;

(2) the Defendant's Motion to Compel Arbitration and Stay Judicial Proceedings (Doc. 5) is GRANTED;

(3) the Clerk is directed to terminate any pending motions and administratively close the file. Plaintiff shall have the right to reopen this case following completion of arbitration in the event Plaintiff wishes to enforce any arbitration award.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 1st day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Nancy Pope, *pro se*